Shanny J. Lee, CA State Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, PC
770 The City Drive South, Suite 2000
Orange, CA  92868
Phone:        (714) 564-8644
Fax:            (714) 564-8641
Email:         shanny.lee@binderlawfirm.com
Attorneys for Plaintiff Allison Taylor Ware

EILEEN M. DECKER
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SUNDEEP R. PATEL, CSBN 242284
Special Assistant United States Attorney
Assistant Regional Counsel
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Tel: (415)977-8981
   Fax: (415) 744-0134
   E-mail: sundeep.patel@ssa.gov
Attorneys for Defendant Carolyn W. Colvin

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON TAYLOR WARE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:15-cv-00698-MRW<br><br>**ORDER AWARDING ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Order Awarding EAJA Fees
Case No. 5:15-cv-00698-MRW

1  Based upon the parties' Stipulation for the Award and Payment of Attorney
2  Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C.
3  § 2412(d) (Stipulation), **IT IS ORDERED** that fees and expenses in the amount of
4  $3,869.47 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of
5  the Stipulation.

DATED:  January 20, 2016        _____
                                HON. MICHAEL R. WILNER
                                UNITED STATES MAGISTRATE JUDGE

Order Awarding EAJA Fees
Case No. 5:15-cv-00698-MRW